162 A.3d 270

IN THE MATTER OF RAJSHAKTISINH D. JADEJA, AN ATTORNEY AT LAW (ATTORNEY NO. 031032006)

June 7, 2017

## ORDER

**RAJSHAKTISINH D. JADEJA of HEMPSTEAD, NEW YORK,** who was admitted to the bar of this State in 2006, having

---

pleaded guilty in the State of New York, Nassau County, Criminal Court to counts of an indictment charging him with operating a motor vehicle while under the influence of alcohol, in violation of New York Vehicle and Traffic Law § 1192.2 02. (count one), operating a motor vehicle while impaired combined drugs and alcohol, in violation of New York Vehicle and Traffic Law § 1192.4A 4A. (count four), reckless manslaughter, in violation of New York Penal Law § 125.15 01. (count eight), and assault recklessly causing serious injury, in violation of New York Penal Law § 120.05 04. (count nine), and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **RAJSH-AKTISINH D. JADEJA** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **RAJSHAKTISINH D. JADEJA** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **RAJSHAKTISINH D. JADEJA** comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this state.